# United States Bankruptcy Court
## Western District of Missouri

In re **Patty Sue Hart**

Debtor

Case No. 18-20096

Chapter **13**

## VERIFICATION BY DEBTOR(S)

I, Patty Sue Hart, named as the debtor in this case, declare under the penalty of perjury that I have read the

- ☐ Schedule(s) _____ (A - J insert all that apply)
- ☐ Amended Schedule(s) _____ (A - J insert all that apply)
- ☒ Conversion Schedules  A/B - J (A - J insert all that apply)
- ☐ Statement/Amended Statement of Financial Affairs
- ☒ Statement/Amended Statement of Intent
- ☒ Statement/Amended Statement of Current Monthly Income
- ☐ Matrix
- ☒ Amended Matrix

and that they are true and correct to the best of my knowledge, information, and belief.

Date: 10-1-18

_Patty Sue Hart_
**Patty Sue Hart**
Signature of Debtor

Instructions: File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix.
Must be prepared as a separate document and must contain image of the debtor(s)' signature(s).
Docket as a separate event or as a separate attachment to the schedules/statements/matrix.
ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event – Bankruptcy>Other>Verification by Debtor